IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JORDAN STRASSMAN,** *Trustee of* | : | **Civil No. 1: 18-cv-746** |
| *the Robert H. Strassman Revocable* | : | |
| *Trust and in his individual capacity;* | : | |
| **THE ROBERT H. STRASSMAN** | : | |
| **REVOCABLE TRUST** | : | |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | |
| **ESSENTIAL IMAGES,** *trading as* | : | |
| **ESSENTIAL IMAGES FINE ART** | : | |
| **AND ANTIQUE APPRAISAL** | : | |
| **SERVICE; JOHN W.** | : | |
| **ROCKAFELLOW; SALLY** | : | |
| **ROCKAFELLOW,** | : | |
| **Defendants.** | : | **Judge Sylvia H. Rambo** |
| | : | |

# O R D E R

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that Defendants' motion to is **GRANTED** with respect to Counts 12 (breach of contract), 13, 14, 15, 16, 17, 19, 20, 21, 22, 23, 24, 26, 27, 28, and 29 and denied in all other respects.

s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge

Dated: November 1, 2018